IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EZQUEST, INC.;<br><br>                    Plaintiff,<br>vs.<br><br>BAORUI;<br><br>                    Defendant. | [P~~ROPOSED~~] DEFAULT JUDGMENT<br><br>Judge Clark Waddoups<br><br>Case No. 2:12-CV-730 |

       This matter is before the Court upon the Plaintiff's Motion for Default Judgment. In accordance with the evidence before the Court, and upon good cause shown, the Court hereby finds and orders as follows:

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The Court FINDS:

1. The Court has subject matter jurisdiction over this dispute;

2. The Disputed Domain has been converted by the Defendant in China;

3. The Plaintiff will suffer harm that cannot be adequately remedied by money damages alone if the converted Domain is not returned to the Plaintiff; and

4. Given the circumstances, an order of specific performance in this case is appropriate.

**ORDER**

WHEREFORE, the Court hereby ORDERS:

1

1. That GoDaddy, Inc. of Arizona and Plaintiff's counsel release the Domain <ezq.com> from the trust of Plaintiff's counsel to the unrestricted control of the Plaintiff, and register the Domain in the Plaintiff's name, for future use and disposition as the Plaintiff sees fit.

The Clerk is directed to forward a copy of this Order to counsel of record.

Dated this 27th day of September.

_____
Hon. Clark Waddoups
US District Court Judge